**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1983**

WANDA LETANG,

        Plaintiff - Appellant,

    v.

ROBERT L. WILKIE, JR.; DEPARTMENT OF VETERANS AFFAIRS,

        Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:22-cv-00154-GMG-RWT)

Submitted:  March 11, 2025                                        Decided:  March 13, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wanda Letang, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Letang appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion for reconsideration of the court's earlier order dismissing Letang's employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Letang v. Wilkie*, No. 3:22-cv-00154-GMG-RWT (N.D.W. Va. Sept. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*